UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAM BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:22-CV-00114-DCLC-DCP |
| | ) | |
| JAMES MURPHREE, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

For the reasons set forth in the accompanying Order, it is **ORDERED** and **ADJUDGED** that this matter is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court